BEN DUPRE, Bar No. 231191
2005 De La Cruz Bld., Suite 203
Santa Clara, CA 95050
Tel: 408-727-5377
Fax: 408-727-5310

RONALD WILCOX, Bar No. 176601
1900 The Alameda Ste, 530
San Jose, CA 95126
Tel: 408-296-0400
Fax: 408-296-0486

Counsel for the Plaintiff
EFFREN TREJO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# (SAN JOSE DIVISION)

| | |
|---|---|
| EFFREN TREJO, | Case No.: CV13-02064 PSG LHK |
| Plaintiff, | **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE and [Proposed] ORDER** |
| v. | |
| MACY'S INC., DEPARTMENT STORES NATIONAL BANK, FDS BANK, THOMAS MARSHALL and DOES 1-10, | |
| Defendants. | |

Mediation is set for February 21, 2014.  Thus, Plaintiff respectfully requests the February 5, 2014 Case Management Conference be continued for 30 days.

Date: 1/28/14

/s/Ronald Wilcox
Ronald Wilcox, Counsel for Plaintiff

1

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

CV-13-02064- LHK

PSG

1

**[Proposed] ORDER**

2

The request to continue the Case Management Conference is hereby continued to

3

March 12, 2014, at 2 p.m.

4

*Lucy H. Koh*

5

U.S. DISTRICT JUDGE LUCY KOH

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2

25

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE

CV-13-02064- LHK

PSG