UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

EFFREN TREJO,

    Plaintiff,

v.

MACY'S, INC.,

    Defendant.

No. C 13-2064 LHK

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     February 21, 2014
Mediator: Shirish Gupta

IT IS HEREBY ORDERED that the request to excuse defendant Department Stores National Bank's representative from appearing in person at the February 21, 2014, mediation before Shirish Gupta is GRANTED. The representative shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

February 18, 2014    By: _____

Dated                                                Maria-Elena James
                                                            United States Magistrate Judge