1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| EFFREN TREJO, | ) | Case No.: 13-CV-02064-LHK |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | CASE MANAGEMENT ORDER |
| MACY'S, INC., DEPARTMENT STORES | ) | |
| NATIONAL BANK, FDS BANK, THOMAS | ) | |
| MARSHALL and DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Clerk:  Martha Parker Brown          Plaintiff's Attorney: Ben Dupre
Reporter:  Gina Colin                Defendants' Attorneys: Marcus Sasso (counsel for all
                                     Defendants); Susan Kumagi (counsel for Macy's and FDS)

A Case Management Conference was held on March 12, 2014. A further Case Management Conference is set for June 18, 2014, at 2 p.m.

The Court referred the parties to Magistrate Judge Lloyd for a Magistrate Judge Settlement Conference with a 90-day deadline.

The Court made the following discovery rulings:

- The Court GRANTED Plaintiffs' Motion for Administrate Relief Seeking an Order to Allow Depositions by Telephone/Video for the reasons stated on the record. *See* ECF No. 34.

- The Court ordered Defendants to provide contact information along with a location and proposed date for depositions of Thomas Marshall and Kathy Royer by March 13, 2014. Plaintiff shall serve a deposition notice for Mr. Marshall by March 14, 2014.

- Ronald Lockridge will be deposed on April 17-18, 2014 in Louisville, Kentucky.

1

Case No.: 13-CV-02064-LHK
CASE MANAGEMENT ORDER

United States District Court
For the Northern District of California

1

2      • Defendant DSNB shall provide Plaintiff with a date for deposition of remaining 30(b)(6)
         witnesses by March 13, 2014.

3
            The Court amended the case schedule as follows:

4   FACT DISCOVERY CUTOFF: May 15, 2014

5   EXPERT DISCOVERY
         Opening Reports: May 9, 2014
6        Rebuttal Reports: May 23, 2014
         Close of Expert Discovery: June 6, 2014
7
    LAST DAY TO FILE DISPOSITIVE MOTIONS: June 20, 2014. The parties are limited to one
8        dispositive motion per side. The last day for the hearing on dispositive motions is August 7,
         2014, at 1:30 p.m.
9
    FINAL PRETRIAL CONFERENCE: October 16, 2014, at 1:30 p.m.
10
    JURY TRIAL: November 3, 2014, at 9 a.m. Trial is expected to last 5 days.
11

12

13  **IT IS SO ORDERED.**

14  Dated: March 12, 2014                          _Lucy H. Koh_____
                                                    LUCY H. KOH
15                                                  United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No.: 13-CV-02064-LHK
CASE MANAGEMENT ORDER